# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **VALERIE GRAY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-4368** |
| | § | |
| **PARAMOUNT RESIDENTIAL** | § | |
| **MORTGAGE GROUP, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

### INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81 of the Southern District of Texas, Paramount Residential Mortgage Group, Inc. files the following exhibits in support of the Notice of Removal:

**Exhibit A**   Index of Matters Being Filed;

**Exhibit B**   Civil Cover Sheet;

**Exhibit C**   State Court File;

**Exhibit D**   State Court Civil Docket Sheet;

**Exhibit E**   List of all counsel of record, including addresses, telephone numbers and parties represented; and

**Exhibit F**   Fort Bend County Appraisal District Valuation for the Property.